UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20065-CIV-HOEVELER

ANDREA POMARICO,

    Plaintiff,

v.

CARNIVAL CRUISE LINES,

    Defendant.
_____/

## ORDER GRANTING MOTION TO DISMISS

THIS CAUSE comes before the Court on the Defendant's Motion to Dismiss Plaintiff's Amended Complaint. The Court heard argument from the parties on January 13, 2012.

Plaintiff seeks damages, based on a negligence theory, for an ankle injury allegedly caused by a "rogue" wave which came ashore while Plaintiff was visiting an island during a cruise vacation. On July 29, 2011, this Court dismissed Plaintiff's original complaint because the complaint failed to state a claim. The dismissal was pursuant to Fed. R. Civ. P. 12(b)(6), and was without prejudice. Plaintiff filed an Amended Complaint, adding the additional allegation that the location of the alleged injury was an island "owned or operated" by Defendant, the cruise operator.

Plaintiff seeks to hold Defendant liable for an ocean wave which caused Plaintiff to fall as the wave came ashore. Accepting all of Plaintiff's allegations as true, to the extent that they are plausible, Ashcroft v. Iqbal., 556 U.S. 662 (2009), and raise the right to relief above the speculative level, Bell Atlantic Corp. v.

Twombly, 550 U.S. 544 (2007), the Court finds that Plaintiff has failed to sufficiently state a claim for negligence. As correctly argued in the motion to dismiss, Plaintiff has failed to establish the breach of a duty owed to Plaintiff. Based on the above, it is

ORDERED AND ADJUDGED that the Motion to Dismiss is GRANTED.

DONE AND ORDERED in Miami, Florida, this 26 day of January 2012.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

copies to:
 counsel of record